AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramey, John D. | U.S. District Court, Texas | 04/23/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 S. Main<br>Room 406<br>Victoria, TX 77901 | Reviewing Officer_____ _____ _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 10 P 12: 15 RECEIVED

Ramey, John D.

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trust Texas Bank, Victoria, TX | Edwards Co. land | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Summit Energy | | None | J | W | | | | | |
| 2. Cimarron Corp. | | None | J | W | | | | | |
| 3. 1st Victoria National Bank (IRA) | B | Interest | L | T | | | | | |
| 4. State Farm Insurance | A | Interest | L | T | | | | | |
| 5. American International Group | A | Dividend | J | T | | | | | |
| 6. General Electric | B | Dividend | K | T | | | | | |
| 7. Weingarten Rlty, Inc. | A | Dividend | K | T | | | | | |
| 8. 1st Victoria National Bank, Victoria, TX (CD) | A | Interest | K | T | | | | | |
| 9. Wells Fargo, Victoria, TX | A | Interest | L | T | | | | | |
| 10. Verizon Communications | A | Dividend | J | T | | | | | |
| 11. Sanders Morris Harris Account | A | Interest | | | Closed | 03/03/09 | J | A | |
| 12. Enterprise Products Partners LP | A | Interest | K | T | | | | | |
| 13. The Saint Joe Co. | | None | J | T | | | | | |
| 14. Prosperity Bank, Victoria, TX (CD) | A | Interest | K | T | | | | | *see part VIII |
| 15. Wells Fargo Bank, Victoria, TX (CD) | B | Interest | L | T | | | | | |
| 16. Land, Edwards County, TX | | None | N | W | | | | | |
| 17. SMH Capital Account (IRA) (X) | A | Dividend | | | Closed | 04/24/09 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Fundamental Growth | | | | | | | | | |
| 19. -Blackrock Global Allocation Fund, Inc. | | | | | | | | | |
| 20. -Blackrock Global Dynamic Equity Fund | | | | | | | | | |
| 21. -Investment Company of America | | | | | | | | | |
| 22. -Money Market | | | | | | | | | |
| 23. Capitol One, Victoria, TX (CD) (X) | B | Interest | | | Matured | 07/29/09 | L | A | |
| 24. Fidelity Brokerage Services (X) | B | Interest | J | T | Open | 03/03/09 | J | | |
| 25. Fidelity Brokerage Services IRA(X) | B | Int./Div. | M | T | Open | 04/24/09 | M | | |
| 26. -Blackrock Fundamental Growth | | | | | | | | | |
| 27. -Blackrock Global Allocation Fund, Inc. | | | | | | | | | |
| 28. -Blackrock Global Dynamic Equity Fund | | | | | | | | | |
| 29. -Investment Company of America | | | | | | | | | |
| 30. -Money Market | | | | | | | | | |
| 31. Trust Texas Bank (CD) (X) | A | Interest | L | T | Open | 07/29/09 | L | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rainey, John D. | 04/23/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI]
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544